# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| BRIAN KEITH ALFORD, | : Case No. 2:25-cv-187 |
| Plaintiff, | : |
| vs. | : District Judge Michael H. Watson |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| DR. HANK, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is before the Court on Plaintiff's motions to correct the docket sheet, for a copy of his submitted complaint, and for an extension of time in which to either pay the $405 filing fee or move for leave to proceed *in forma pauperis*. (Docs. 3; 4).

Plaintiff's motions (Docs. 3; 4) are hereby **GRANTED**. The **CLERK OF COURT** is **DIRECTED** to update the docket sheet in this case to reflect that the last name of defendant "Dr. Hank" should be spelled "Hawk" and to send Plaintiff a copy of his submitted complaint (Doc. 1). Additionally, Plaintiff shall have **THIRTY (30) DAYS** from the date of this Order in which to either pay the $405 filing fee or move for leave to proceed *in forma pauperis*.

Plaintiff is advised that failure to comply with this Order may result in the dismissal of this case for want of prosecution. Should Plaintiff need additional time to comply with this Order, he should file a motion for an extension of time.

**IT IS SO ORDERED**.

April 21, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge